UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LORETTA WATKINS,                              Civil Action No.: 20-cv-02810 (KAM)(JO)

                *Plaintiff(s)*,

    -against-                                **NOTICE OF APPEARANCE**

SELIP & STYLIANOU, LLP and DAVID A. COHEN,

                *Defendant(s)*.
------------------------------------------------------------------X

To the Clerk of the Court and all parties of record:

    Please enter my appearance as counsel for the Defendants, SELIP & STYLIANOU, LLP and DAVID A. COHEN in the above-entitled action. Kindly direct all communications on this matter to the undersigned.

Dated: Uniondale, New York
       August 12, 2020

                              RIVKIN RADLER LLP

                        By: ___/s/ Kenneth Novikoff___
                              Kenneth Novikoff, Esq.
                              *Attorneys for Defendants*
                              SELIP & STYLIANOU, LLP and DAVID A. COHEN
                              926 RXR Plaza
                              Uniondale, New York 11556-0926
                              Ken.Novikoff@rivkin.com
                              Tel - 516.357-3000
                              Fax - 516.357.3333
                              RR File No.: 445-93