```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
LORETTA WATKINS                                                     :
                                                                    :  Case No.: 1:20-cv-2810 -KAM-JO
                                       Plaintiff,                   :
                                                                    :
                                                                    :
                  − against −                                       :
                                                                    :
                                                                    :
SELIP & STYLIANOU, LLP                                              :
DAVID A. COHEN                                                      :
                                                                    :
                                                                    :
                                       Defendants.                  :
------------------------------------------------------------------- X
```

## JUDGMENT IN CIVIL CASE

IT IS ORDERED AND ADJUDGED, pursuant to the Rule 68 Offer of Judgment offered by Defendant on September 29, 2020 and accepted by Plaintiff on October 8, 2020, Judgment is hereby entered in favor of Loretta Watkins and against SELIP & STYLIANOU, LLP and DAVID A. COHEN for $25,000.00.


Date: Brooklyn, NY                           DOUGLAS C. PALMER
      October 16, 2020                    Clerk of Court

                                                    By: *Jalitza Poveda*
                                                       Deputy Clerk