UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LORETTA WATKINS,

                        Plaintiff,           Docket # 20-CV-2810

     against-

SELIP & STYLIANOU, LLP and DAVID A. COHEN,    SATISFACTION OF JUDGMENT

                      Defendants.

-------------------------------------------------------------------X

WHEREAS, a judgment was entered in the above action on the 16th day of October, 2020 in favor of Loretta Watkins and against Selip & Stylianou, LLP and David Cohen in the amount of $25,000, and said judgment thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the fully and complete satisfaction on the docket of said judgment.

Dated:  Uniondale, New York
         October 30, 2020        Yours, etc.,

                                            /s/
                                   Ahmad Keshavarz, Esq.
                                   The Law Offices of Ahmad Keshavarz
                                   16 Court Street
                                   26th Floor
                                   Brooklyn, NY 11241
                                   (718)522-7900
                                   ahmad@newyorkconsumerattorney.com

5008510.v1